IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TAMARA KNOX TUCKER, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 5:25-cv-00162-CHW |
| COMMISSIONER OF SOCIAL SECURITY, | * | |
| Defendant. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 5, 2026, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 6th day of August, 2026.

.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk